IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KYLE MAYAN,** | : | **CIVIL ACTION** |
| Plaintiff | : | |
| | : | |
| v. | : | **NO. 07-2658** |
| | : | |
| **RYDBOM EXPRESS, INC.** | : | |
| and | : | |
| **DOUGLAS H. RYDBOM,** | : | |
| Defendants | : | |

### O R D E R

**STENGEL, J.**

**AND NOW,** this 30th day of September, 2009, upon careful consideration of the defendants' motion for summary judgment (Document #74), the plaintiffs' motion for partial summary judgment (Document #79), the responses thereto, and the defendants' motion for decertification (Document #77) IT IS **HEREBY ORDERED** that:

1. The defendants' motion for summary judgment is **GRANTED** in part and **DENIED** in part.

2. The plaintiffs' motion for partial summary judgment is **DENIED**.

3. The defendants' motion for decertification is **DENIED**.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.